UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X
Andrew Spodek,

Plaintiff, Civil Action No.: 2:12-cv-04877-JS-ETB

v.

Credit Collection Services, Inc.,

**MOTION TO COMPEL SECURITY RESTRICTION ACCESS TO CASE PARTICIPANTS**

Defendant(s).
----------------------------------------------------------------------------X

Andrew Spodek, Plaintiff, repectfully moves that Exhibit A (Document 1-1) be sealed and access to said document be restricted to case participants, as the document was inadvertanty filed with sensitive information.

Dated: New York, New York
October 25, 2012

Respectfully submitted,

By: s/ Aryeh L. Pomerantz
Aryeh L. Pomerantz, Esq.
FREDRICK SCHULMAN & ASSOCIATES
30 East 29TH Street
New York, New York 10016
(212) 796-6053
aryeh@fschulmanlaw.com
Attorneys for Plaintiff