UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------X

Andrew Spodek,

Plaintiff,

v.

Credit Collection Services, Inc.,

Defendant.

------------------------------------------X

Case No:12-CV-4877 JS ETB

**CONSENT ORDER GRANTING SUBSTITION OF ATTORNEY**

Notice is hereby given that, subject to approval by the Court, Counsel for Plaintiff is substituting Karen Arrospide, Esq. and Jacob J. Scheiner, Esq., as attorneys of record in place of Aryeh L. Pomerantz, Esq.

Contact information for new counsel remains as follows:

Firm Name: Fredrick Schulman & Associates
30 East 29th Street
New York, NY 10016
Telephone: 212-796-6053
Facsimile: 212-951-7379
Email: Karin@fschulmanlaw.com
jscheiner@fschulmanlaw.com

I consent to the above substitution:

Date: December 24th, 2012

Aryeh L. Pomerantz

Signature of Former Attorney

I consent to the above substitution:

Date: December 24th, 2012

Karin Arrospide

Signature of New Attorney

I consent to the above substitution:

Date: December 24th, 2012

Jacob J. Scheiner

Signature of New Attorney

The substitution of attorney is hereby approved and so ORDERED.

Date: ________________, 2012

________________________
Judge