FREDRICK SCHULMAN & ASSOCIATES
ATTORNEYS AT LAW

June 17, 2013

**VIA ECF FILING**

Honorable Joanna Seybert
United States District Court Judge
United States District Court
Eastern District of New York
Alfonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, New York 11722

Re: Spodek vs. Credit Collection Services, Inc. 12 CV 04877 (JS)(ETB)

Dear Judge Seybert:

This firm represents Plaintiff in the above-referenced matter. I write to inform the Court that the parties to this action have reached an agreement, in principle, to settle the within lawsuit.

Based on the foregoing, Plaintiff respectfully requests an Order allowing the parties thirty (30) days to consummate the settlement and to file the Stipulation of Discontinuance with Prejudice.

Thank you.

Respectfully submitted,

s/Karin Arrospide
Karin Arrospide, Esq.

cc: Magistrate E. Thomas Boyle

Jonathan Elliot, Esq.
Counsel for Defendant

FREDRICK SCHULMAN & ASSOCIATES, 30 EAST 29TH STREET, NEW YORK, NY 10016
212-796-6053 800-444-8731 FAX: 212-951-7379 EMAIL: INFO@FSCHULMANLAW.COM