UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------X
Andrew Spodek

-V-

Credit Collection Services, Inc.
-----------------------------------------------------X

ORDER OF DISCONTINUANCE
CV 12-4877 (JS)(WDW)

Appearances:

<u>For the Plaintiff(s):</u>
Karin Arrospide, Esq.
Jacob Scheiner, Esq.
Fredrick Schulman & Associates
30 E. 29 St.
New York NY 10016

<u>For the Defendant(s):</u>
Jonathan Elliot, Esq.
Dominic Spinelli, Esq.
Zeldes Needle & Cooper
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport CT 06601

SEYBERT, District Judge:

The above-captioned case was filed on Sep. 28, 2012.

By her letter to this Court dated Jun. 17, 2013 (docket entry [19]), Ms. Arrospide advised that the case had settled in principle. A period of thirty days was requested to file a stipulation of discontinuance. None has been received since that time.

IT IS HEREBY ORDERED that this action is discontinued without prejudice to reinstatement if the settlement is not consummated. The Clerk of Court is directed to mark the case closed.

SO ORDERED.

Dated: Jul., 31 , 2013
Central Islip NY

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.